IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WILLIE F. WRIGHT, JR. and, | : | |
| TIFFANI BLASH, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No. 5:24-CV-422-CAR |
| | : | |
| AMAZON.COM and USNIPOYA, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER DISMISSING RECAST COMPLAINT

Before the Court is *pro se* Plaintiffs Willie F. Wright, Jr. and Tiffani Blash's Recast Complaint. Having reviewed the Recast Complaint pursuant to 28 U.S.C. § 1915(e), the Court finds it fails to fully comply with the Court's Order. Thus, Plaintiffs' Complaint is hereby **DISMISSED without prejudice**. Plaintiffs may **file a Motion to Amend Complaint, attaching a Second Amended Complaint, within thirty (30) days** of the date of this Order that complies with Federal Rule of Civil Procedure 10(b), as further explained below.

1

## BACKGROUND

On November 21, 2024, the Court denied Plaintiffs' request to proceed *in forma pauperis* ("IFP") because they failed to provide the required Form 239 or adequate financial information. On December 10, 2024, the Court allowed Plaintiffs to proceed IFP after receiving the required information, but ordered them to file a recast Complaint because their Complaint (1) failed to allege sufficient facts to establish the Court had subject matter jurisdiction, (2) failed to state a claim upon which relief could be granted because they failed to specify any statutes or code sections Defendants violated, and (3) was a shotgun pleading in violation of Federal Rule of Civil Procedure 10(b). Plaintiffs have now filed a Recast Complaint against Defendants Amazon.com and Usnipoya asserting federal and state law false advertising, deceptive business practices, and products liability claims relating to their purchase of dog crates from Amazon.com. Plaintiffs also seek to add their company, BULLIEVEYOURVISION INC., as a plaintiff.

## DISCUSSION

In their Recast Complaint, Plaintiffs have showed that the Court has jurisdiction over the case pursuant to 28 U.S.C. §§ 1331 and 1367 and have sufficiently identified the statutory bases for their claims. But Plaintiffs' Recast Complaint must be dismissed as an impermissible shotgun pleading because it still fails to give Defendants adequate notice of the claims against them and the grounds for each claim. If Plaintiffs choose to file a

Second Amended Complaint, they must separate each individual factual allegation into a separate numbered paragraph so Defendants can respond individually to each separate allegation. Plaintiffs must also separate their causes of action into separate numbered Counts; for example, their Lanham Act false advertising claim would be Count 1, their Uniform Deceptive Trade Practices Act claim would be Count 2, and so on. Plaintiffs must also clarify which factual allegations relate to which Counts.

Further, Plaintiffs may not join their company, BULLIEVEYOURVISION INC., as a plaintiff because corporations, partnerships, and associations may not appear in federal court except through a licensed attorney.[1] "[A] corporation is an artificial entity that cannot appear *pro se* and must be represented by counsel."[2] Thus, if BULLIEVEYOURVISION INC. wishes to join this lawsuit, it must first retain counsel.

## CONCLUSION

Plaintiffs' Complaint is hereby **DISMISSED without prejudice**. If Plaintiffs wish to proceed with the action, they **MUST file a Motion to Amend Complaint, attaching a Second Amended Complaint, within thirty (30) days** of the date of this Order. Upon receipt of any amended complaint, the Court will reevaluate the Complaint pursuant to

---

[1] *Kell v. Smith*, 743 F. App'x 292, 295 (11th Cir. 2018) (citing *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993)).

[2] *Kell*, 743 F. App'x at 295 (citing *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)).

28 U.S.C. § 1915(e). **There will be no service of process until further notice from the Court.**

    **SO ORDERED,** this 9th day of January, 2025.

                                                      S/ C. Ashley Royal_____
                                                      C. ASHLEY ROYAL, SENIOR JUDGE
                                                      UNITED STATES DISTRICT COURT