IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TIFFANI BLASH and WILLIE FRANK WRIGHT, JR**,         Plaintiff's, v. **AMAZON.COM**,         Defendant. | * * Case No. 5:24-cv-00422-CAR * * * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 12, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 12th day of February, 2025.

                                          David W. Bunt, Clerk

                                          s/ Erin Pettigrew, Deputy Clerk